IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICHARD TRAGLIO, JR.,**                    3:12-CV-01349-JE

        **Plaintiff,**                    ORDER

v.

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#16) on June 19, 2013, in which he recommends this Court reverse the Commissioner's decision and remand to the agency for an award of benefits for a closed period of disability beginning September 1, 2007, and ending April 15, 2011.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#16). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner for the calculation and award of benefits for a closed period of disability beginning September 1, 2007, and ending April 15, 2011, consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 22nd day of July, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER