IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD TRAGLIO, JR.,

          Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

3:12-CV-01349-JE

JUDGMENT OF REMAND

Based on the Court's Order (#18) issued July 22, 2013, **IT IS ADJUDGED** this matter is **REVERSED** and **REMANDED** to the Commissioner for the calculation and award of benefits for a closed period of disability beginning September 1, 2007, and ending April 15, 2011, consistent with the findings of this Court.

Dated this 23rd day of July, 2013.

*signature*

ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND