Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Gibney Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD TRAGLIO,<br>             Plaintiff,<br><br>        v.<br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>             Defendant. | 3:12-CV-01349-JE<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $9,045.25 pursuant to 42 U.S.C. § 406(b).

Upon payment of the 406(b) fees, plaintiff's attorney will refund the awarded EAJA fee of

$4,289.31 to Plaintiff.

Dated this __1st__ day of __April_____, 2014.


                                    /s/ John Jelderks
                                    _____
                                    John Jelderks
                                    United States Magistrate Judge